# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                CASE NO: 6:23-mj-1721-LHP

GAVIN JACOB RENFRO

AUSA: Stephanie McNeff

Defense Attorney: Karla Reyes, Federal Public Defender

| JUDGE: | **LESLIE HOFFMAN PRICE**<br>United States Magistrate Judge | DATE AND TIME: | **June 27, 2023**<br>2:26-2:36<br>10 minutes |
|---|---|---|---|
| Courtroom: | 5D | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sonya Williams |

## CLERK'S MINUTES
### INITIAL APPEARANCE (RULE 5C)

Case called; appearances taken; procedural setting by the Court.
Court inquired of the Defendant regarding the facts in the case.
Parties advised of the requirements pursuant to the Due Process Protections Act.
Counsel advised the Defendant of his rights.
Defendant made an oral motion to appoint counsel.
Court granted the motion and appointed counsel in this district.
Government summarized the charge and penalties in the Complaint.
No issues as to identity. Waiver filed.
Government made an oral motion for detention.
Defendant requested a preliminary and detention hearing.
Government made an oral motion to continue preliminary and detention hearing.
Court granted the motion and sets the preliminary and detention hearing for 6/30/23 at 10:00 AM.
Order of Temporary Detention entered.